# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH CLARK, JR.

NO. 2024 KW 0504

**JULY 29, 2024**

---

In Re:    Joseph Clark, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3719 F 2023.

---

**BEFORE:  CHUTZ, GREENE, AND STROMBERG, JJ.**

    **WRIT DENIED.**  This application appears to be a motion to review illegal sentence filed in this court in the first instance. A motion to review illegal sentence must be filed with the district court prior to filing an application for supervisory writs.

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT